No. 76–1299.  GRAVES ET AL. *v.* MEYSTRIK, DIRECTOR, DIVISION OF EMPLOYMENT SECURITY, ET AL.  Affirmed on appeal from D. C. E. D. Mo.  MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.  ■

No. 76–6413.  WHITFIELD ET AL. *v.* BURNS, COMMISSIONER, DEPARTMENT OF PENSIONS AND SECURITY OF ALABAMA, ET AL.  Affirmed on appeal from D. C. M. D. Ala.

No. 76–1315.  CALHOUN *v.* KUPPERMAN ET AL.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–1321.  YORK *v.* DAVIS.  Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  ■

No. 76–1368.  PACIFIC POWER & LIGHT CO. *v.* DEPARTMENT OF REVENUE OF MONTANA.  Appeal from Sup. Ct. Mont. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  ■

No. 76–1328.  ANDREW CATAPANO CO., INC., ET AL. *v.* NEW YORK CITY FINANCE ADMINISTRATION.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.  ■